**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CR-20782-HUCK/MCALILEY**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOSE YASMANY MARQUEZ HERNANDEZ**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [ECF No. 50], which was issued on March 4, 2020. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Jose Yasmany Marquez Hernandez, be found to have freely and voluntarily entered a plea of guilty to Count 1 of the Indictment, which charges the Defendant with Conspiracy to Commit Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951(a); and Count 3 of the Indictment, which charges the Defendant with brandishing a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(a)(A)(ii). Pursuant to the Plea Agreement, the government agreed to dismiss Counts 2 and 4 of the Indictment at the time of sentencing. [ECF No. 52].

Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offenses to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and

Recommendation. No objections were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [ECF No. 50] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of Counts 1 and 3 in the Indictment. A sentencing hearing is set before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Monday, June 1, 2020, at 9:30 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on March 23, 2020.

_____
Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services